**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRAYAN ALEXANDER LOPEZ RIVAS,<br><br>Petitioner,<br><br>v.<br><br>ERNESTO SANTACRUZ JR., et al.,<br><br>Respondents. | Case No. 5:26-cv-02169-AYP<br><br>STIPULATED ORDER GRANTING PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241 |

In accordance with the stipulation between the parties (Dkt. Nos. 21, 24), the Petition for writ of habeas corpus under 28 U.S.C. § 2241 (Dkt. No. 1) is GRANTED with judgment to be entered consistent with the reasons and findings set forth in this Court's May 7, 2026, order granting temporary injunction (Dkt. No. 13.)

IT IS SO ORDERED.

Dated: November 12, 2026

HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE