**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRAYAN ALEXANDER LOPEZ RIVAS,<br>Petitioner,<br>v.<br>ERNESTO SANTACRUZ JR., et al.,<br>Respondents. | Case No. 5:26-cv-02169-AYP<br>JUDGMENT |

Pursuant to the Stipulated Order Granting Petition and Entry of Judgment filed concurrently herewith, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2241 is granted, with no further proceedings, consistent with the reasons and findings set forth in this Court's May 7, 2026 order granting a temporary injunction (Dkt. No. 13). The Clerk of Court shall close this case.

Dated: November 12, 2026

HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE